# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gale, Joseph H. | U.S. Tax Court | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Tax Court
400 Second St., N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Senate Federal Credit Union | Credit Lines | J |
| 2. | Charles Schwab & Co., Inc. | Margin Loan ( ) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DuPont E.I.deNemours Co. common stock | A | Dividend | K | T | | | | | |
| 2. Vertex Pharmaceuticals, Inc. common stock | | None | M | T | | | | | |
| 3. Wells Fargo & Co. New common stock | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 4. Intel Corp. common stock | B | Dividend | L | T | | | | | |
| 5. Cisco Systems, Inc. common stock | B | Dividend | L | T | | | | | |
| 6. Trust #1 | | | | | | | | | |
| 7. - Rental Property #1, Smithfield, VA $222,300 | E | Rent | | S | | | | | |
| 8. - Rental Property #2, Smithfield, VA $217,200 | E | Rent | | S | | | | | |
| 9. - CAIBX mutual fund | B | Dividend | K | T | | | | | |
| 10. - FRDPX mutual fund | A | Dividend | K | T | | | | | |
| 11. - AMECX mutual fund | B | Dividend | K | T | | | | | |
| 12. - Rental property #3, Smithfield, VA $363,900 | E | Rent | | S | | | | | |
| 13. Express Scripts Holding Co. | | None | J | T | | | | | |
| 14. CA Water Service Group common stock | A | Dividend | | | Sold | 06/08/16 | J | C | |
| 15. Chevron Corp. common stock | D | Dividend | M | T | | | | | |
| 16. Teradata Corp DEL common stock (Y) | | | | | | | | | |
| 17. Invesco Van Kampen Comstock Fund Class C mutual fund | A | Int./Div. | | | Sold | 06/08/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Van Kampen Hi Yield Mun. Fund Class A mut. fund | A | Int./Div. | J | T | | | | | |
| 19. Achillion Pharma Inc. common stock | | None | J | T | | | | | |
| 20. Agilent Technologies Inc. common stock | A | Dividend | J | T | | | | | |
| 21. Akamai Technologies common stock | | None | | | Sold | 07/26/16 | K | A | |
| 22. Apple Inc. common stock | C | Dividend | N | T | | | | | |
| 23. Exxon Mobil Corp. common stock | C | Dividend | M | T | | | | | |
| 24. McDonalds Corp. common stock | C | Dividend | M | T | | | | | |
| 25. Oracle Corp. common stock | A | Dividend | L | T | | | | | |
| 26. Pfizer Corp. common stock | B | Dividend | K | T | | | | | |
| 27. Inherited IRA-Charles Schwab & Co., Inc. | | | | | | | | | See note Sec. VIII |
| 28. - Achillion Pharma Inc. common stock | | None | J | T | | | | | |
| 29. - Akamai Technologies common stock | | None | K | T | | | | | . |
| 30. - Alibaba Group Hldg FADR | | None | K | T | | | | | |
| 31. - Amazon Com. Inc. common stock | | None | M | T | | | | | |
| 32. - Apple Inc. common stock | D | Dividend | N | T | | | | | |
| 33. - Facebook Inc. Class A common stock | | None | L | T | | | | | |
| 34. - Fire Eye Inc. common stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Gilead Sciences Inc. common stock | A | Dividend | K | T | | | | | |
| 36. - GoPro Inc. common stock | | None | K | T | | | | | |
| 37. - Vertex Pharmaceuticals common stock | | None | K | T | | | | | |
| 38. Century Link Inc. common stock | A | Dividend | | | Sold (part) | 07/06/16 | J | A | |
| 39. | | | | | Sold | 07/12/16 | J | A | |
| 40. Altria Group Inc. common stock | B | Dividend | K | T | | | | | |
| 41. Amer Electric Pwr Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 42. BB&T Corp. common stock | A | Dividend | K | T | | | | | |
| 43. Bristol-Myers Squibb Co. common stock | | None | | | Sold | 03/28/16 | J | A | |
| 44. Communications Sales common stock | A | Dividend | J | T | | | | | |
| 45. Gilead Sciences Inc. common stock | A | Dividend | K | T | | | | | |
| 46. GoPro Inc. common stock | | None | | | Sold | 06/08/16 | J | A | |
| 47. Imperial TOB Gp PLC ADRF common stock | A | Dividend | J | T | | | | | |
| 48. Kraft Heinz Co. common stock | A | Dividend | | | Sold | 03/28/16 | J | A | |
| 49. Medtronic Inc. common stock | A | Dividend | J | T | | | | | |
| 50. Mondelez Int'l Inc. CLA common stock | A | Dividend | J | T | | | | | |
| 51. Norfolk Southern Corp. common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Reynolds American Inc. common stock | A | Dividend | K | T | | | | | |
| 53. Sprint Corp common stock | | None | J | T | Sold (part) | 07/12/16 | J | A | |
| 54. Suntrust Banks Inc. common stock | A | Dividend | J | T | | | | | |
| 55. Verizon Communications common stock | B | Dividend | K | T | | | | | |
| 56. Whole Foods Market common stock | | None | | | Sold | 03/09/16 | J | A | |
| 57. Invesco High Yield Fund Class A mutual fund | A | Dividend | J | T | | | | | |
| 58. American Fund Europacific mutual fund | A | Dividend | J | T | | | | | |
| 59. American Fund Income Fund mutual fund | A | Dividend | J | T | | | | | |
| 60. Keysight Technologies common stock | | None | J | T | | | | | |
| 61. Charles Schwab & Co. Roth IRA | A | Interest | J | T | | | | | |
| 62. Charles Schwab & Co. Inherited IRA | | | | | | | | | See note Sec. VIII. |
| 63. - Citigroup Inc. subordinated notes | A | Interest | J | T | | | | | |
| 64. - AT&T Inc. common stock | A | Dividend | J | T | | | | | |
| 65. - Bank of America Corp. common stock | A | Dividend | J | T | | | | | |
| 66. - Facebook Inc. Class A common stock | | None | K | T | | | | | |
| 67. - Johnson & Johnson common stock | A | Dividend | J | T | | | | | |
| 68. - Medtronic Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Proctor & Gamble Co. common stock | A | Dividend | J | T | | | | | |
| 70. NCR Corp. (X) | | None | J | T | | | | | See note Sec. VIII. |
| 71. Charles Schwab & Co. Rollover IRA | | | | | | | | | See note Sec. VIII. |
| 72. - Akamai Technologies common stock | | None | | | Buy | 07/29/15 | K | | See note Sec. VIII. |
| 73. | | | | | Sold | 07/29/15 | K | A | See note Sec. VIII. |
| 74. - Whole Foods Market common stock | A | Dividend | J | T | Buy | 07/30/15 | J | | See note Sec. VIII. |
| 75. - Fire Eye Inc. common stock | | None | J | T | Buy | 07/31/15 | J | | See note Sec. VIII. |
| 76. - Apple Inc. common stock | A | Dividend | J | T | Buy | 08/24/15 | J | | See note Sec. VIII. |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

27. Inherited from ⬜ in 2016.

62. Incorrectly labelled "rollover" IRA in previous report.

70. Increased above reporting thresholds at year end 2016.

71. Inadvertently omitted from previous report.

72. Inadvertently omitted from previous report.

73. Inadvertently omitted from previous report.

74. Inadvertently omitted from previous report.

75. Inadvertently omitted from previous report.

76. Inadvertently omitted from previous report.

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph H. Gale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544